UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE                                              6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                   GREENBELT, MARYLAND  20770
                                                               301-344-0632

MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     United States v. Adedokun, et al.
        Crim. No. PJM 14-0142

DATE:   October 30, 2015

\* \* \*

On October 20, 2015 the Court held a phone conference with Parties. The Court stated that it would resolve all pending motions prior to trial during one Motions Hearing, scheduled for November 5, 2015 at 11:00 AM. Counsel for Defendant Andrew Anamanya, Mr. Finci, and counsel for Defendant Keith Tolbert, Mr. Gigliotti, represented that they would not be filing any motions before trial.

On October 29, 2015, Mr. Finci filed on behalf of Defendant Andrew Anamanya a Motion to Dismiss for Speedy Trial Act Violation. ECF No. 129. The Court will hear this Motion in addition to all pending Motions filed by Defendant Rasheed Adedokun at the November 5 Motions Hearing. The Government shall respond in a timely fashion prior to the Hearing.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                              /s/
                                    PETER J. MESSITTE
                                    UNITED STATES DISTRICT JUDGE

cc:     Court File